# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0724
_____

ELDON EUGENE NIX, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

February 12, 2025

PER CURIAM.

AFFIRMED. *See Noetzel v. State*, 328 So. 3d 933, 949 (Fla. 2021) (holding that "[b]ecause competent, substantial evidence supports the trial court's finding that Noetzel's waiver of the right to counsel was knowing, voluntary, and intelligent under *Faretta*, the trial court did not abuse its discretion in granting Noetzel's request for self-representation").

KELSEY, NORDBY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Damaris Reynolds, Assistant Attorney General, Tallahassee, for Appellee.